# NO. 12-21-00003-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *LARRY DELTON WARREN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Larry Delton Warren, acting pro se, filed this original proceeding to complain of Respondent's failure to forward his notice of appeal in trial court cause number 31182 to this Court.[1]

This Court possesses jurisdiction to issue a writ of mandamus against a district clerk for failure to forward to this Court a notice of appeal delivered to the clerk for filing because such is necessary to enforce our jurisdiction. *In re Talkington*, No. 12-07-00272-CR, 2007 WL 2178551, at *1 (Tex. App.—Tyler July 31, 2007, orig. proceeding) (mem. op., not designated for publication); *see Ex parte Sanders*, No. WR-80,356-01, 2013 WL 5872901, at *1 (Tex. Crim. App. Oct. 30, 2013) (order, not designated for publication) (per curiam); *see also In re Foster*, No. 14-16-00698-CR, 2016 WL 5853282, at *1 (Tex. App.—Houston [14th Dist.] Oct. 6, 2016, orig. proceeding) (mem. op., not designated for publication) (per curiam); *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding). In the present case, however, Respondent forwarded the notice of appeal to this Court and the appeal has been assigned appellate cause number 12-21-00006-CV. Because the notice of appeal has now been filed with this Court, Relator has received the relief requested and this complaint is now moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (there is nothing to mandamus when relief sought has become moot); *see also In re Gilmer*, No. 12-20-

---

[1] Respondent is the Honorable Teresia Coker, Anderson County District Clerk. The State of Texas is the Real Party in Interest.

00120-CR, 2020 WL 2177227, at *1 (Tex. App.—Tyler May 6, 2020, orig. proceeding) (mem. op.); *In re Andrews*, No. 12-19-00015-CR, 2019 WL 210815, at *1 (Tex. App.—Tyler Jan. 16, 2019, orig. proceeding) (mem. op., not designated for publication) (per curiam).  Accordingly, we *dismiss* the petition for writ of mandamus as *moot*.

Opinion delivered January 13, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 13, 2021**

**NO. 12-21-00003-CR**

**LARRY DELTON WARREN,**
Relator
V.

**TERESIA COKER,**
Respondent

---

## ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Larry Delton Warren; who is the relator in appellate cause number 12-21-00003-CR and the defendant in trial court cause number 31182, formerly pending on the docket of the 349th Judicial District Court of Anderson County, Texas. Said petition for writ of mandamus having been filed herein on January 5, 2021, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*